IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GILBERT RODRIGUEZ and REFUGIO CAMPOS, on Behalf of Themselves and All Others Similarly Situated,<br>    Plaintiffs<br><br>v.<br><br>REPUBLIC SERVICES, INC., and BFI WASTE SERVICES OF TEXAS, LP D/B/A REPUBLIC SERVICES OF SAN ANTONIO D/B/A ALLIED WASTE SERVICES OF SAN ANTONIO<br>    Defendant. | §§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 5:13-cv-00020<br><br><br><br>JURY TRIAL DEMANDED |

## UNSWORN DECLARATION OF GILBERT RODRIGUEZ

1.    My name is Gilbert Rodriguez. I am above the age of 18 and competent to make this unsworn declaration. Except as otherwise indicated the following facts are within my personal knowledge and true and correct.

2.    I am an individual and resident of San Antonio, Texas.

3.    I worked as a residential garbage truck driver for the Defendants. My duties were the collection of residential waste.

4.    I was often required to work on the weekends. These weekend hours are reflected in my pay stubs.

5.    I was paid with a day rate during the week of $120 plus a daily incentive of $10. On the weekends I was not paid with a day rate, rather I was paid on an hourly basis.

6.    I performed the same work on the weekend as I did during the week for Defendants. There was no distinction in duties, responsibilities, or obligations between the work

EXHIBIT B

I performed for the Defendants during the week and the work I was required to perform on the weekend.

7.Further, many other individuals worked with me as Residential Route Drivers. Each of those individuals was also paid in a combination of day rate and hourly rate. Each of those individuals also worked overtime on a regular basis. As Residential Route Drivers, each of those individuals performed the same kind of work.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on __22, Ot__, 2013.

_____
Gilbert Rodriguez

2

EXHIBIT B