IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GILBERT RODRIGUEZ and REFUGIO CAMPOS, on Behalf of Themselves and All Others Similarly Situated,<br>    Plaintiffs | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 5:13-cv-00020 |
| v. | §<br>§ | |
| REPUBLIC SERVICES, INC., and BFI WASTE SERVICES OF TEXAS, LP D/B/A REPUBLIC SERVICES OF SAN ANTONIO D/B/A ALLIED WASTE SERVICES OF SAN ANTONIO<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§ | JURY TRIAL DEMANDED |

## AMENDED ORDER GRANTING PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION TO POTENTIAL CLASS MEMBERS

The Court has considered the Plaintiffs' Motion for Conditional Certification to Potential Class Members. The motion has merit and is GRANTED.

IT IS THERFORE ORDERED that Defendants provide contact information including name and last known mailing address to Plaintiffs.

IT IS FURTHER ORDERED that to effectuate service, Defendants provide this information (10) days after the signing of this order.

Dated_____

_____
UNITED STATES DISTRICT JUDGE